UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
VALERIE DICKS, on behalf of himself and  :
all others similarly situated            :
:
                     Plaintiff,    :         22-CV-8147 (VSB)
:
    -against-                :           **ORDER**
:
POSTERITATI VINTAGE MOVIE              :
POSTERS, LLC,                          :
:
                     Defendant.    X
-----------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: February 21, 2023
       New York, New York

                                                               _Vernon Broderick_
                                                              Vernon S. Broderick
                                                              United States District Judge